IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CORINE E. WORTHY,<br><br>*Plaintiff*,<br><br>v.<br><br>GARY ASHWORTH, Acting Secretary of the United States Air Force,[1]<br><br>*Defendant*. | CIVIL ACTION NO.<br>5:24-cv-00016-TES |

## ORDER GRANTING MOTION TO AMEND

Before the Court is pro se Plaintiff Corine E. Worthy's Motion to Amend [Doc. 19] her Complaint. Plaintiff filed this Motion on April 28, 2025—exactly 21 days after Defendant filed and served a Rule 12(b) Motion to Dismiss [Doc. 16]. Federal Rule of Civil Procedure 15 permits a party to "amend its pleading once as a matter of course" within 21 days after a Rule 12(b) motion is served. Fed. R. Civ. P. 15(a)(1). Because Plaintiff acted within that window, she could have simply filed the amended complaint. *See id.*; Fed. R. Civ. P. 6(a)(1).

However, because Plaintiff sought leave to amend, the Court **GRANTS** her Motion [Doc. 19] and **ORDERS** Plaintiff to file an amended complaint—together with

---

[1] Because Plaintiff raises claims against the Secretary of the United States Air Force (USAF) in his official capacity, Gary Ashworth, Acting Secretary of the USAF, is substituted for Frank Kendall, former Secretary of the USAF. Fed. R. Civ. P. 25(d).

any exhibits she wishes for the Court to consider—**within ten days** of this Order.[2]

Additionally, because the amended complaint will supersede the original Complaint, *see Lowery v. Ala. Power Co.*, 483 F.3d 1184, 1219 (11th Cir. 2007), the Court **DENIES** Defendant's Motion to Dismiss [Doc. 16] **as moot**.

**SO ORDERED**, this 2nd day of May, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**

---

[2] To be clear, in light of this amendment, the original Complaint and all accompanying exhibits are deemed abandoned. *See* [Doc. 1]. If Plaintiff wishes to rely on *any* exhibits, she must file or refile them with her amended complaint.