IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CORINE E. WORTHY, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-CV-00016-TES |
| | * |
| TROY MEINK, SECRETARY OF THE UNITED STATES AIR FORCE, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 22, 2025, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 22nd day of August, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk